## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**<br><br>v.<br><br>**Jorge Antonio Williams-Araiza** | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>**AMENDED TO REFLECT ORDER OF RESTITUTION**<br><br>No.  CR-16-00184-004-TUC-RM (LAB)<br><br>George Herman Soltero (CJA)<br>Attorney for Defendant |

USM#: 55908-408          ICE# A208195899

**THE DEFENDANT ENTERED A PLEA OF** guilty on 11/18/2016 to Count 1 and Count 22 of the Indictment.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 18, U.S.C. §1349, Conspiracy to Commit Bank Fraud, a Class B felony offense, as charged in Count 1 of the Indictment; Title 18, U.S.C. §1028A, Aggravated Identity Theft, a Class E felony offense, as charged in Count 22 of the Indictment.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **THIRTY-EIGHT (38) MONTHS**, which consists of **FOURTEEN (14) MONTHS** on Count 1 and **TWENTY-FOUR (24) MONTHS** on Count 22, said counts to run consecutively, with credit for time served. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **FIVE (5) YEARS**, which consists of **FIVE (5) YEARS** on Count 1 and NO term of supervised release imposed on Count 22.

**IT IS ORDERED** that all remaining counts as to this defendant only are dismissed on motion of the United States.

**IT IS FURTHER ORDERED** that defendant's interest in the following property shall be forfeited to the United States:  the sum of $412,934.65 in United States currency in the form of a personal money judgment.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $200.00                              **FINE:** WAIVED
**RESTITUTION:**  $196,613.16

CR-16-00184-004-TUC-RM (LAB)                                                                                Page 2 of 5
USA vs. Jorge Antonio Williams-Araiza

The defendant shall pay a special assessment of $200.00 which shall be due immediately.

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

The defendant shall pay restitution in the amount of $196,613.16, to be paid jointly and severally with the co-defendants in this case.

Restitution shall be paid to the following victims in the following amounts: American Eagle Credit Union, $323.51; Arvest Bank, $581.47; BANCO NACIONAL DE MEXICO S.A., $1,087.41; BANCO SANTANDER S.A., $625.62; BancorpSouth, $144.76; Bank of America, $72,229.87; Bank of Ozarks, $245.61; Barclays Bank Delaware, $29.63; Bremer Bank, $216.55; Broadway Bank, $382.50; Brotherhood Bank & Trust, $1,121.98; Capital One Bank, $7,441.02; Central Florida Educators Federal Credit Union, $296.98; Charlotte Metro Federal Credit Union, $1,311.41; Chase Bank, $204.97; CITI, $10,893.99; CITIBANK, N.A., $5,049.88; Deere Employees Credit Union, $234.57; Eastman Credit Union, $1,762.21; Fahey Bank, $100.00; FedEx Employees CU, $2,615.75; FIA CARD SERVICES NA, $5,248.93; FIDELITY INFORMATION SERVICES, INC., $459.40; Fifth Third Bank, $1,324.28; First Federal Savings and Loan of Charleston, $210.76; First Palmetto Bank, $1,548.51; First Republic Bank, $1,667.31; Firstlight FCU, $353.85; Grow Financial Federal Credit Union, $580.45; Home Federal Bank of Tennessee, $279.92; Hometown Bank of Roanoke, VA, $1,844.91; Huntington National Bank, $818.73; I.H. Mississippi Valley Credit Union, $1,824.43; IBM Southeast Employees Federal Credit Union, $180.50; Jefferson Bank, $435.83; Jefferson Security Bank, $477.68; JPMorgan Chase, $6,172.46; Mountain America Federal Credit Union, $166.85; New England FCU, $68.03; Park Sterling Bank, $1,148.10; Pinellas FCU, $180.22; PNC, $4,697.51; Provident CU, $1,156.64; PSCU, Inc., $120.41; Pulse Network, LLC, $637.71; Purdue FCU, $915.07; Randolph Brooks FCU, $117.45; SANTANDER CONSUMO S.A. DE C.V. SOFOM, $1,494.04; SCOTIABANK INVERLAT S.A., $500.00; Security Service FCU, $1,400.97; Silicon Valley Bank, $3,651.84; South Carolina FCU, $956.44; State Employees' CU, $4,490.42; State Farm Bank, $923.61; Suncoast CU, $1,312.05; SunTrust, $2,114.17; TARJETAS BANAMEX SA DE CV SOFOM E.R., $858.66; TD Bank, $107.03; Teachers CU, $3,721.66; Teachers FCU, $125.22; The Vinton County National Bank, $1,299.50; Trustone Financial FCU, $826.02; United Nations FCU, $287.55; University FCU, $592.72; US Bank, $7,499.51; USAA, $8,435.16; Utah Community CU, $289.82; VyStar Corporate Headquarters Cascone Building, $183.48; Wells Fargo, $14,446.14; Whitney Bank, $113.98; Wings Financial CU, $235.66; Capital One with Cabela's Club Visa, $1,211.88.

The victims' address and point of contact information have been provided to the U.S. District Court, District of Arizona, Finance Office by separate submission.

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $200.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for Counts 1 and 22 of the Indictment.

Case 4:16-cr-00184-RM-LAB   Document 261   Filed 05/04/18   Page 3 of 5

CR-16-00184-004-TUC-RM (LAB)                                                                   Page 3 of 5
USA vs. Jorge Antonio Williams-Araiza

Any unpaid balance shall become a condition of supervision and shall be paid within 90 days prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

## SUPERVISED RELEASE

It is ordered that while on supervised release, the defendant must comply with the mandatory and standard conditions of supervision as adopted by this court, in General Order 17-18, which incorporates the requirements of USSG §§ 5B1.3 and 5D1.2. Of particular importance, the defendant must not commit another federal, state, or local crime during the term of supervision. Within 72 hours of sentencing or release from the custody of the Bureau of Prisons the defendant must report in person to the Probation Office in the district to which the defendant is released. The defendant must comply with the following conditions:

## MANDATORY CONDITIONS

1) You must not commit another federal, state or local crime.
2) You must not unlawfully possess a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted.
3) You must refrain from any unlawful use of a controlled substance. The use or possession of marijuana, even with a physician's certification, is not permitted. Unless suspended by the Court, you must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

## STANDARD CONDITIONS

1) You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of sentencing or your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2) After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3) You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4) You must answer truthfully the questions asked by your probation officer.
5) You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation

CR-16-00184-004-TUC-RM (LAB)                                                                    Page 4 of 5
USA vs. Jorge Antonio Williams-Araiza

officer within 72 hours of becoming aware of a change or expected change.
6) You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7) You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8) You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9) If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10) You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11) You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12) If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13) You must follow the instructions of the probation officer related to the conditions of supervision.

## SPECIAL CONDITIONS

The following special conditions are in addition to the conditions of supervised release or supersede any related standard condition:

1) If deported, you must not re-enter the United States without legal authorization.
2) You shall not commit another federal, state, or local crime during the term of supervision.

Case 4:16-cr-00184-RM-LAB   Document 261   Filed 05/04/18   Page 5 of 5

CR-16-00184-004-TUC-RM (LAB)                                                                                     Page 5 of 5
USA vs. Jorge Antonio Williams-Araiza

The Court may change the conditions of probation or supervised release or extend the term of supervision, if less than the authorized maximum, at any time during the period of probation or supervised release.  The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court orders commitment to the custody of the Bureau of Prisons and recommends that the defendant be placed in an institution in southern Arizona, near his family.

Date of Imposition of Sentence:  **Tuesday, September 12, 2017**
Date Amended to Reflect Order of Restitution:  May 3, 2018

    Dated this 3rd day of May, 2018.

                                                            Honorable Rosemary Márquez
                                                            United States District Judge

**RETURN**

I have executed this Judgment as follows:

                                                                                                                    , the institution
defendant delivered on _____ to _____ at _____
designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

United States Marshal                                                 By:          Deputy Marshal